**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT GERALD REEVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:25-cv-00036** |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On May 7, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. No. 23) in this social security case recommending that the Court grant Robert Reeves' motion for judgment on the administrative record (Doc. No. 13) in part. The Magistrate Judge informed the parties that any objections to the R&R must be filed within fourteen (14) days of service. (Doc. No. 23 at 17–18). Neither party filed any objections.

Where, as here, there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment (citations omitted); see also Ashraf v. Adventist Health Sys./Sunbelt, Inc., 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018) (citing Thomas v. Arn, 474 U.S. 140, 150 (1985)) ("The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made.").

Having reviewed the R&R, the Court finds no clear error and agrees with the Magistrate Judge's recommendation. Specifically, the Court agrees that the repeated erroneous decisions by

the Social Security Administration ("SSA") in this fourteen-year-old case warrant remand for an award of benefits rather than further administrative factfinding. (Doc. No. 23 at 14–17).

Accordingly, the R&R (Doc. No. 23) is **APPROVED AND ADOPTED**. Reeves' Motion for Judgment Based on the Administrative Record (Doc. No. 13) is **GRANTED IN PART**, the SSA's non-disability finding is **REVERSED**, and this matter is **REMANDED** to the SSA under Sentence 4 of 42 U.S.C. § 405(g) for an immediate award of benefits regarding Reeves' August 16, 2012 applications for Disability Insurance Benefits and Supplemental Security Income.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2